FILED
07 JUN 26 PM 12:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS AND LISSA DOE;<br><br>Plaintiffs,<br><br>v.<br><br>ALLEN PHARMACY; MIKMARA, INC.; FETTERLY ROGER, And DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | CASE NO. 07 CV 0991 BEN (JMA)<br><br>[PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>JUDGE:        Hon. Roger T. Benitez<br>DEPT.:         Courtroom 3<br><br>MAG. JUDGE: Hon. Jan M. Adler<br>DEPT.:         Courtroom D<br><br>CASE FILED:  August 10, 2006<br>TRIAL DATE:  No Date Set |

## ORDER

Pursuant to the Joint Motion for Extension of Time to Respond to Plaintiffs' Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant MIKMARA, INC., dba ALLEN'S PHARMACY'S responsive pleading to Plaintiffs' Complaint is to be served and filed on or before July 9, 2007.

DATED: 6/25/07

_____
HONORABLE ROGER T. BENITEZ
JUDGE OF THE DISTRICT COURT